The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE (1) 2000 VOLVO COMMERCIAL TRUCK/TRACTOR <br> (VIN 4V4ND4RH4YN780677), <br><br> Defendant. | NO. C08-1340RSM <br><br> DEFAULT JUDGMENT OF FORFEITURE |

Plaintiff, United States of America, filed its verified complaint for forfeiture of the defendant one (1) 2000 Volvo commercial truck/tractor (VIN: 4V4ND4RH4YN780677) ("defendant vehicle") on September 8, 2008, pursuant to Title 19, United States Code, Section 1595a(a), alleging that the defendant vehicle was used, or intended to be used, to facilitate the importation, bringing in, concealing, harboring, and/or subsequent transportation of 36,222 pills of methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy", an "article" contrary to law, into commerce of the United States, in violation of Title 19, United States Code, Section 1595a(a). Also, on September 8, 2008, a Warrant of Arrest in rem was issued to arrest the defendant vehicle.

On September 9, 2008, pursuant to Rule 4(h)(2) and 4(f)(2)(C)(ii), Federal Rules of Civil Procedure, Plaintiff requested that the United States District Court Clerk for the

DEFAULT JUDGMENT OF FORFEITURE - 1
U.S. v. ONE (1) 2000 VOLVO COMMERCIAL TRUCK/TRACTOR - C08-1340RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Western District of Washington perfect foreign service of the Verified Complaint for Forfeiture in rem, Notice of Complaint for Forfeiture in rem, and Warrant of Arrest in rem (hereinafter referred to as the "complaint and related documents") upon Rajnish Grewal and Trican Transport Ltd., a person and an entity the United States believed might have an interest in the defendant vehicle, at their last known addresses. On September 12, 2008, the District Court Clerk mailed the complaint and related documents to said potential claimants via foreign service with return receipt requested. See Docket No. 4.

On September 9, 2008, Plaintiff sent registered mail, return receipt requested, copies of the complaint and related documents to attorney Jill Bernstein, last known counsel for Rajnish Grewal. On September 12, 2008, the United States Attorney's Office received a letter from attorney Jill Bernstein stating that she is "no longer representing Mr. Grewal and will not be acting as his counsel in this matter." See Exhibit A, which is attached hereto and incorporated as if fully set forth herein.

On October 27, 2008, the District Court Clerk filed a Return Receipt for International Mail, addressed to Rajnish Grewal, regarding Plaintiff's attempt to deliver the complaint and related documents, which was returned as "Mail Returned as Undeliverable/unclaimed", on October 27, 2008. See Docket No. 5.

The United States District Court Clerk has not received the return receipt for the copies of the complaint and related documents which were mailed to Trican Transport Ltd., via foreign service with return receipt requested. However, the United States Postal Service's "Track and Confirm" feature verified that the complaint and related documents were delivered to Trican Transport, Ltd. on September 22, 2008. See Exhibit B, which is attached hereto and incorporated as if fully set forth herein

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on www.forfeiture.gov, for at least thirty (30) consecutive days, beginning with September 26, 2008. All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with

DEFAULT JUDGMENT OF FORFEITURE - 2
U.S. v. ONE (1) 2000 VOLVO COMMERCIAL TRUCK/TRACTOR - C08-1340RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Clerk of the Court within thirty (30) days after the date of publication and to serve their answers to the complaint within twenty (20) days after the filing of a claim. See Docket No. 6.

On December 8, 2008, the United States filed a Return of Service wherein the United States Department of Treasury verified that the Warrant of Arrest in rem was executed on October 24, 2008. See Docket No. 7.

On December 8, 2008, pursuant to Rule 4(h)(2) and 4(f)(2)(C)(ii), Federal Rules of Civil Procedure, Plaintiff requested that the United States District Court Clerk for the Western District of Washington perfect foreign service of the complaint and related documents upon Rajnish Grewal at one of his last known addresses, from his recently updated driver's license. On December 15, 2008, the District Court Clerk mailed the complaint and related documents to said potential claimant via foreign service with return receipt requested. See Docket No. 9.

On January 30, 2009, the District Court Clerk filed a Return Receipt for International Mail, addressed to Rajnish Grewal, regarding Plaintiff's attempt to deliver the complaint and related documents, which was returned as "Mail Returned as Undeliverable/Unclaimed", on January 30, 2009. See Docket No. 10.

No claim of interest has been received or filed with the Court from Rajnish Grewal, Trican Transport Ltd., or from any other person or entity, and the time allowed for filing of such a claim has expired.

On March 17, 2009, the Clerk of the Court issued an Order of Default against Rajnish Grewal, Trican Transport, Ltd., and any unknown persons who have failed to plead, answer or otherwise submit a claim to the defendant vehicle. See Docket No. 15.

Now, therefore on motion by the Plaintiff, United States of America, for a Default Judgment for Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345 and 1355.

DEFAULT JUDGMENT OF FORFEITURE - 3
U.S. v. ONE (1) 2000 VOLVO COMMERCIAL TRUCK/TRACTOR - C08-1340RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Pursuant to Title 19, United States Code, Section 1595a(a), the defendant one (1) 2000 Volvo commercial truck/tractor (VIN: 4V4ND4RH4YN780677) is forfeited to the United States of America, and no right, title, or interest in the defendant vehicle shall exist in any other party.

3. The United States Department of Treasury shall dispose of the defendant one (1) 2000 Volvo commercial truck/tractor (VIN: 4V4ND4RH4YN780677) in accordance with law.

4. The Clerk of the Court shall deliver three (3) raised seal, certified copies of this Default Judgment for Forfeiture to the United States Attorney's Office, in Seattle, Washington.

DATED this 15 day of April, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Darwin P. Roberts*
DARWIN P. ROBERTS, WSBA #32539
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2242
Fax:    206-553-6934
E-mail: darwin.roberts@usdoj.gov

DEFAULT JUDGMENT OF FORFEITURE - 4
U.S. v. ONE (1) 2000 VOLVO COMMERCIAL TRUCK/TRACTOR - C08-1340RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970